THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND – ODESSA DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**<br>             Plaintiff,<br><br>     v.<br><br>**ALCOM SANDBLASTING & INDUSTRIAL COATING, INC.**<br>             Defendant | **Case No. 7:21-CV-00165** |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiff, Travelers Casualty and Surety Company of America, and Defendant, Alcom Sandblasting & Industrial Coating, Inc. (collectively referred to as the "Parties), by and through their respective counsel, hereby enter this Stipulation of Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this matter should be dismissed with prejudice, subject to the following:

1. Each party shall bear its own attorneys' fees;

2. Each party shall bear its own costs; and

3. The Clerk of the Court shall close this case.

Respectfully submitted,

**Dated:** March 22, 2022   **BY:** *[signature]*

Kenneth T. Levine
**de Luca Levine LLC**
Three Valley Square, Suite 220
Blue Bell, PA 19422
Phone: (215) 383-0081
Fax:  (215) 383-0082
klevine@delucalevine.com
(Admitted *Pro Hac Vice*)

Laura D. Schmidt, Esquire
**Kelly, Smith & Schmidt, P.C.**
Texas Bar No: 22142300
5700 Tennyson Pkwy., Ste. 300
Plano, TX 75074
PHONE: (972) 848-7300
FAX: (713) 861-7100
schmidt@kellysmithpc.com
(Local Counsel)

*Attorneys for Plaintiff*

**Dated:** March 22, 2022   **BY:** /s/ Darrell W. Corzine

Darrell W. Corzine
Denis Dennis
**Kelly, Morgan, Dennis, Corzine & Hansen, P.C.**
P.O. Box 1311
Odessa, TX 79760-1311
Phone: (432) 367-7271
Fax: (432) 363-9121
dcorzine@kmdfirm.com
ddennis@kmdfirm.com

*Attorneys for Defendant*